JOHN P. ADAMS, Respondent, *v.* HENRY A. MORGAN, as President, etc., Appellant.

(Argued March 24, 1893; decided May 5, 1893.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made February 15, 1893, which reversed an order of Special Term directing that a special jury be struck for the trial of this action.

*Henry Yonge* for appellant.

*Frederic A. Ward* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.